# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0130
_____

HENRITES MAREUS,

    Appellant,

    v.

STATE OF FLORIDA, DEPARTMENT
OF REVENUE, CHILD SUPPORT
PROGRAM and JEANNA CELESTE
HUIE,

    Appellees.

_____


On appeal from the Department of Revenue, Child Support
Program.
Ann Coffin, Director.



August 12, 2025

PER CURIAM.

    The Court grants Appellee's motion to dismiss filed July 8,
2025.

ROBERTS, M.K. THOMAS, and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Henrites Mareus, pro se, Appellant.

James Uthmeier, Attorney General, and Toni C. Bernstein, Assistant Attorney General, Tallahassee, for Appellees.